Ralph F. Rayburn, OSB No. 82108
E-mail: ralph@rayburnlawoffice.com
RAYBURN LAW OFFICE
4905 S.W. Griffith Drive, Suite 105
Beaverton, OR 97005
Telephone: (503) 968-5820
Facsimile: (503) 641-0440
    Of Attorneys for Plaintiff Angelique Youells

Amy Joseph Pedersen, OSB No. 853958
E-mail: ajpedersen@stoel.com
John B. Dudrey, OSB No. 083085
Email: jbdudrey@stoel.com
STOEL RIVES, LLP
Attorneys at Law
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
    of Attorneys for Defendant Yahoo! Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| ANGELIQUE YOUELLS,<br><br>    Plaintiff,<br>v.<br><br>YAHOO! INC., a Delaware corporation,<br><br>    Defendant. | No. 3:14-cv-00684-BR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

PURSUANT TO FRCP 41(a)(1), and based upon the stipulations of the parties hereto, acting by and through their counsel of record, and the Court otherwise being fully advised:

It is hereby ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice and without an award of costs or attorneys' fees as to either party.

DATED this 15th day of September, 2014.

By: *Anna J. Brown* (signature)
Anna J. Brown
United States Judge

1 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL

1  **IT IS SO STIPULATED this 11<u>th</u> day of September, 2014:**

2  By:  s/Ralph F. Rayburn                By:  s/Amy Joseph Pedersen
      Ralph F. Rayburn, OSB No. 821088         Amy Joseph Pedersen, OSB No. 853958
3     Ralph@rayburnlawoffice.com               ajpedersen@stoel.com
      Telephone: (503) 968-5820                Telephone: (503) 224-3380
4     Attorney for Plaintiff                   Attorney for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2 - STIPULATED GENERAL JUDGMENT OF DISMISSAL

**RAYBURN LAW OFFICE**
4905 S.W. Griffith Drive, Suite 105, Beaverton, OR 97005
(503) 968-5820 • Fax (503) 641-0440
rayburn@pacifier.com